# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF RESIGNATION OF VIRGIL BUCCHIANERI, BAR NO. 1715.

No. 79097

**FILED**

SEP 04 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK



## ORDER GRANTING APPLICATION FOR RESIGNATION

Attorney Virgil Bucchianeri has applied to resign from membership in the Nevada bar. Because there are disciplinary charges pending against Bucchianeri, his application is subject to SCR 98(5)(b). That rule allows a member who is facing disciplinary charges to "tender a written application resigning from membership in the state bar and relinquishing the right to practice law." SCR 98(5)(b). The resignation only becomes effective upon order of this court "after consideration and recommendation by bar counsel." *Id.*

Here, bar counsel recommends that this court allow Bucchianeri to resign his membership in the state bar. Having considered bar counsel's recommendation and the circumstances presented therein (particularly Bucchianeri's age), attorney Virgil Bucchianeri's application is approved. As acknowledged in the application, Bucchianeri's resignation is irrevocable and the state bar retains continuing jurisdiction with respect to his conduct before resigning. SCR 98(5)(c), (d).

It is so ORDERED.

_____, C.J.

19-37009

cc:    Bar Counsel, State Bar of Nevada
Virgil A. Bucchianeri
Executive Director, State Bar of Nevada
Admissions Office, United States Supreme Court